In the Matter of the Claim of BARBARA GIOSCIA, Respondent, v. WORK-MEN'S COMPENSATION BOARD et al., Appellants.—AULISI, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Aulisi, J.